## UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| JO DEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 1:09-cv-0806 LJM-DML |
| | ) | |
| NORTHSTAR LOCATION SERVICES, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

---

## NOTICE OF SETTLEMENT
### (Unlawful Debt Collection Practices)

---

### <u>NOTICE OF SETTLEMENT</u>

NOW COMES the Plaintiff, JO DEY, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

///

///

Respectfully Submitted,

DATED:  September 1, 2009                    KROHN & MOSS, LTD.

By: /s/ Harry C. Bradley _____
        Harry C. Bradley, Esq.
        Krohn & Moss, Ltd.
        5055 Wilshire Blvd. Suite 300
        Los Angeles, CA 90036
        Ph: (323) 988-2400; Fx: (866) 802-0021
        Attorneys for JO DEY