UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JO DEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.     ) | No. 1:09-cv-0806 LJM DML |
| ) | |
| NORTHSTAR LOCATION SERVICES, LLC, ) | |
| ) | |
| Defendant.     ) | |

NOTICE OF VOLUNTARY DISMISSAL

<u>NOTICE OF VOLUNTARY DISMISSAL</u>

JO DEY (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, NORTHSTAR LOCATION SERVICES, LLC (Defendant), in this case.

DATED:  October 2, 2009                KROHN & MOSS, LTD.

                                         By:     /s/ Harry C. Bradley,                         
                                             [ ] Harry C. Bradley, Esq
                                             Attorneys for Plaintiff
                                             Krohn & Moss, Ltd.
                                             10474 Santa Monica Blvd, Suite 401
                                             Los Angeles, CA 90025
                                             Attorneys for JO DEY